## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



ANGEL L. DE-JESUS-MARTINEZ

      VS.   **CIVIL NO.** __04-2227__ **(JAF)**

COMMISSIONER OF SOCIAL
SECURITY

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 14, and no objections having been filed, the court **ADOPTS** the Magistrate's Report and **REMANDS** the case to the Commissioner for further proceedings consistent with the court's findings. |||
| **IT IS SO ORDERED.** |||

   __May 5, 2005__                        S/ José Antonio Fusté
      Date                                    José Antonio Fusté
                                                        Chief U.S. District Judge